UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:23-03885 ADS                                         Date: April 9, 2024

Title: *Gundry Partners, L.P. v. indieDwell, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE SUBSTITUTION OF COUNSEL**

On March 6, 2024, the Court granted Baker & Hostetler LLP's Motion to Withdraw as Counsel of Record for Defendant/Counter-Claimant indieDwell. (Dkt. No. 72.)  The Court ordered Defendant to file a substitution of counsel by no later than April 5, 2024, so that Defendant was compliant with C.D. Cal. L.R. 83-2.2.2.  (Id.)  To date, Defendant has not filed a substitution of counsel.

Defendant is hereby **ORDERED TO SHOW CAUSE why it has not filed a substitution of counsel**.  Defendant must file its response to this Order, or a substitution of counsel, by no later than **April 16, 2024**.  Failure to comply with this Order may lead to sanctions, including striking Defendant's Answer from the docket and entry of default.

**IT IS SO ORDERED.**

Initials of Clerk kh